ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
RACHEL B. KINNEY (SBN 301426)
rkinney@fawlaw.com
FREITAS & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

*Attorneys for Plaintiff*
*SageSure Insurance Managers LLC*

MICHAEL H. JOSHI (SBN 302184)
michael.joshi@dechert.com
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306-2112
Telephone: 650.813.4800
Facsimile: 650.813.4848

*Attorneys for Defendant*
*Sage Insurance Holdings LLC*

[ADDITIONAL COUNSEL IDENTIFIED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAGESURE INSURANCE MANAGERS LLC, | Case No.: 3:19-cv-08216-MMC |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SAGE INSURANCE HOLDINGS LLC, d/b/a SAGE WESTERN INSURANCE SERVICES LLC, | **Civ. L.R. 77-2** |
| Defendant. | **Judge: Hon. Maxine M. Chesney** |

Pursuant to Civil Local Rules 77-2 and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff SageSure Insurance Managers LLC and Defendant Sage Insurance Holdings LLC d/b/a Sage Western Insurance Services LLC, by and through their attorneys, hereby stipulate and consent to the dismissal with prejudice of all claims, causes of action, defenses and counterclaims asserted against each other in the above-captioned action pursuant to a confidential Settlement Agreement. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: May 21, 2020

WHITMYER IP GROUP LLC

*/s/ Walter B. Welsh*
WALTER B. WELSH (*pro hac vice*)
BENJAMIN N. LUEHRS (*pro hac vice*)
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, CT 06901
Tel: 203-703-0800
Fax: 203-703-0801
litigation@whipgroup.com
wwelsh@whipgroup.com

ROBERT E. FREITAS (SBN 80948)
rfreitas@fawlaw.com
RACHEL B. KINNEY (SBN 301426)
rkinney@fawlaw.com
FREITAS & WEINBERG LLP
350 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 593-6300
Facsimile: (650) 593-6301

Attorneys for Plaintiff
SAGESURE INSURANCE MANAGERS LLC

| | | |
|---|---|---|
| Dated: May 21, 2020 | | DECHERT LLP |

/s/ Jennifer Insley-Pruitt
Noah M. Leibowitz (*pro hac vice*)
Jennifer Insley-Pruitt (*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
noah.leibowitz@dechert.com
jennifer.insley-pruitt@dechert.com

Michael H. Joshi (SBN 302184)
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306-2112
michael.joshi@dechert.com

Attorneys for Defendant
SAGE INSURANCE HOLDINGS LLC, d/b/a
SAGE WESTERN INSURANCE SERVICES
LLC,

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: May 21, 2020

Hon. Maxine M. Chesley
United States District Judge